(No. 6009—

CONSTANCE V. YOUKER, Claimant, *vs.* STATE OF ILLINOIS, ADMINISTRATIVE OFFICE OF THE ILLINOIS COURTS, Respondent.

*Opinion filed April 27, 1971.*

CONSTANCE V. YOUKER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6010—

S. MELTZER AND SONS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 27, 1971.*

S. MELTZER AND SONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.